February 26, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

YIGAL BOSCH, Appellant

NO. 14-13-01125-CV                    V.

HARRIS COUNTY, HARRIS COUNTY DEPARTMENT OF EDUCATION, PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, HARRIS COUNTY FLOOD CONTROL DISTRICT, HARRIS COUNTY HOSPITAL DISTRICT, CITY OF HOUSTON, HOUSTON INDEPENDENT SCHOOL DISTRICT, HOUSTON COMMUNITY COLLEGE SYSTEM, AND GREATER SHARPSTOWN MANAGEMENT DISTRICT, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, signed December 12, 2013, was heard on the transcript of the record. The record shows that appellant Yigal Bosch did not have authority to appeal on behalf of Y.B. & S.J. Enterprises and does not have standing to appeal on his own behalf. We therefore order the appeal **DISMISSED**.

We order appellant, Yigal Bosch, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.